IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZACK BARTEL,                                         3:17-CV-01331-YY

    Plaintiff,                           ORDER FOR VOLUNTARY DISMISSAL

    v.

SHOWTIME NETWORKS, INC.,

    Defendant.

Magistrate Judge You:

    Based on the Notice of Voluntary Dismissal dated this date and FRCP 41(a)(1)(A)(i), it is hereby ORDERED that the above captioned case is dismissed with prejudice and without fees or costs to any party.

    IT IS SO ORDERED.

    DATED this 28th day of November, 2017.

                                    /s/Youlee Yim You
                                        Youlee Yim You
                                        United States Magistrate Judge